**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **TRANSPORTATION INSURANCE COMPANY**, | Civil Action No. 4:13 CV 370 KGB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **JACUZZI BROTHERS, INC., JACUZZI BRANDS CORPORATION, and JBD, Inc.**, | |
| Defendants. | |
| **JACUZZI, INC.**, as successor in interest to Jacuzzi Brothers, Inc., incorrectly sued as Jacuzzi Brands Corporation, and **JACUZZI BRANDS, LLC**, formerly known as Jacuzzi Brands Corporation, | |
| Counter-Plaintiffs, | |
| v. | |
| **TRANSPORTATION INSURANCE COMPANY**, | |
| Counter-Defendant. | |

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED UPON** by the undersigned, attorneys for parties herein, that: (a) the above-captioned action and all claims, counterclaims and cross-claims asserted therein, are hereby dismissed with prejudice and without costs to any party; and (b) the United States District Court for the Eastern District of Arkansas shall retain jurisdiction to enforce the terms of this settlement and release agreements between the parties.

Dated:  July 29, 2014

/s/ Samuel J. Thomas  
Samuel J. Thomas, Esq.  
BRESSLER, AMERY & ROSS. P.C.  
Attorneys for Plaintiff  
325 Columbia Turnpike  
Florham Park, New Jersey  07932  
Telephone:  (973) 514-1200  
Facsimile:   (973) 514-1660  
E-mail:  sthomas@bressler.com

/s/ M. Stephen Bingham  
M. Stephen Bingham, Esq.  
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.  
Attorneys for Defendants Jacuzzi Brothers, Inc.,  
 Jacuzzi, Inc. (as successor in interest to Jacuzzi  
 Brothers, Inc.), and Jacuzzi Brands Corporation  
500 President Clinton Avenue, Suite 200  
Little Rock, AR  72201  
Telephone:  (501) 371-9999  
Facsimile:   (501) 371-0035  
E-mail:  sbingham@cgwg.com

/s/ Richard T. Donovan  
Richard T. Donovan, Esq.  
ROSE LAW FIRM  
Attorneys for Defendant JBD, Inc.  
120 East Fourth Street  
Little Rock, AR  72201-2893  
Telephone:  (501) 375-9131  
Facsimile:   (501) 375-1309  
E-mail:  rdonovan@roselawfirm.com