IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRANSPORTATION INSURANCE
COMPANY                                                                                          PLAINTIFF

v.                             Case No. 4:13-cv-00370-KGB

JACUZZI BROTHERS, INC., JACUZZI
BRANDS CORPORATION, and JBD INC.                                               DEFENDANTS

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 23). Accordingly, this action and all claims, counterclaims, and cross-claims asserted therein are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction to enforce the terms of this settlement and release agreements between the parties.

IT IS SO ORDERED this 29th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE